# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Matthew Ernest Swanson , xxx−xx−7112
aka     Matthew E. Swanson
aka     Matthew Swanson
aka     Matt Swanson

Debtor*

Last four digits of Social−Security or Individual
Taxpayer−
Identification (ITIN) No(s).,(if any):
Employer Tax−Identification (EIN) No(s).(if any):

Bankruptcy Case No.  25−10057
Chapter  7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐   The deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

☑   Marianna Williams  is discharged as trustee of the estate
of the above−named debtor and the bond is cancelled.

☑   the chapter 7 case of the above named debtor is closed;
and

☐   other provisions as needed

cc:  Trustee:  Marianna Williams
Attorney:  C. Jerome Teel Jr.

Date:   April 29, 2025

*Jimmy L. Groom* (signature)

**United States Bankruptcy Judge**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

[fd72710] [Final Decree − 12/01/2015]

United States Bankruptcy Court

Western District of Tennessee

In re:                                                                                   Case No. 25-10057-jlc

Matthew Ernest Swanson                                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-1                          User: ao1492bnc                          Page 1 of 2

Date Rcvd: Apr 29, 2025                       Form ID: fd7                            Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Ernest Swanson, 112 Bill Alexander Road, Bradford, TN 38316-9642 |
| tr | + | Marianna Williams, P.O. Box H, Dyersburg, TN 38025-2008 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Apr 29 2025 22:25:20 | C. Jerome Teel, Jr., Teel & Gay, PLC, 79 Stonebridge Blvd., Ste B, Jackson, TN 38305-2162 |
| aty | + | Email/Text: Stuart.Wilson-Patton@ag.tn.gov | Apr 29 2025 22:28:00 | Stuart Wilson-Patton, Tennessee Attorney General's Office, PO Box 20207, Nashville, TN 37202-4015 |
| ust | + | Email/Text: ustpregion08.me.ecf@usdoj.gov | Apr 29 2025 22:29:00 | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |
| cr | + | Email/Text: AGBankVMLS@ag.tn.gov | Apr 29 2025 22:28:00 | THDA dba Volunteer Mortgage Loan Servicing, c/o TN Atty General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025                    Signature:      /s/Gustava Winters

District/off: 0651-1      User: ao1492bnc      Page 2 of 2

Date Rcvd: Apr 29, 2025      Form ID: fd7      Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| C. Jerome Teel, Jr. | on behalf of Debtor Matthew Ernest Swanson bankruptcy@tennesseefirm.com cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com |
| Marianna Williams | marianna@ashleyarnold.com  TN46@ecfcbis.com |
| Stuart Wilson-Patton | on behalf of Creditor THDA dba Volunteer Mortgage Loan Servicing agbankboswell@ag.tn.gov |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |

TOTAL: 4